# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 5:17-cr-45-FDW |
| v. | ) | |
| **DARRELL ANTONIO BERRY** | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Darrell Antonio Berry in the Bill of Indictment in the above-captioned case without prejudice.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Darrell Antonio Berry in the above-captioned Bill of Indictment be dismissed without prejudice.

SO ORDERED this 2nd day of January 2018.

Signed: January 2, 2018

_____
Frank D. Whitney
Chief United States District Judge